# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ASHLEY TRICE**                                                                **PLAINTIFF**

**v.**                      **Case No. 5:14-cv-00272-KGB-JTK**

**SGT. BROOKS, et al.**                                        **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). There have been no objections, and the time for filing objections has passed. After a careful review of the Proposed Findings and Recommendations, the Court adopts them in their entirety.

The Court dismisses plaintiff Ashley Trice's complaint without prejudice for failure to prosecute. An appropriate Judgment shall accompany this Order.

SO ORDERED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE