# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ASHLEY TRICE**  **PLAINTIFF**

**v.**  **Case No. 5:14-cv-00272-KGB-JTK**

**SGT. BROOKS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED  STATES  DISTRICT  JUDGE